**ORIGINAL**

1  McCormick, Kabot, Jenner & Hurlbutt
   A Professional Corporation
2  1220 West Main Street
   Visalia, California 93221
3  (559) 734-6729
   (559) 734-8762 (Facsimile)
4
   Attorneys for Defendants, PALLET RECOVERY LLC and PEACHTREE GROUP LLC,
5  for both appearing specially.

**LODGED** JUL 2 9 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED** JUL 31  12 43 PM '02

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9  WESTSIDE PRODUCE, a California          )   Case No. CIVF-02-5777 OWW SMS
   Corporation and TURLOCK FRUIT CO.,      )
10 a California Corporation.               )
                                           )
11          Plaintiffs,                    )   STIPULATION RE: EXTENSION
       vs.                                 )   OF TIME TO FILE MOTION OR
12                                         )   RESPONSIVE PLEADING AND
   PALLET RECOVERY LLC, a foreign          )   NON-WAIVER OF DEFENSES
13 business entity, of unknown origin,     )   AND ORDER THEREON
   PEACHTREE GROUP LLC, a foreign          )
14 business entity of unknown origin       )   **BY FAX**
                                           )
15          Defendants.                    )
                                           )
16

17      It is hereby stipulated by and between Plaintiffs, WESTSIDE PRODUCE, a California
18 Corporation and TURLOCK FRUIT CO., a California Corporation, and Defendants, PALLET
19 RECOVERY LLC, a foreign business entity, and PEACHTREE GROUP LLC, a foreign
20 business entity, both defendants appearing specially herein, through their respective
21 attorneys of record, as follows:
22      1.    Both Defendants shall have an extension of time to and including August 17,
23 2002, to file and serve an answer or motion pursuant to Rule 12 of the Federal Rules of Civil
24 Procedure.
25      2.    It is agreed that this stipulation is made by the defendants, appearing specially
26 through their attorney of record, and that this stipulation and the extension of time granted as
27

28 STIPULATION RE: EXTENSION OF TIME TO FILE MOTION OR RESPONSIVE PLEADING
   AND NON-WAIVER OF DEFENSES AND ORDER THEREON
                                     1

Filed By Fax & File

a result of this stipulation shall not constitute waiver of any of the defenses now available to the defendants, including, without limitation, the defenses of lack of personal jurisdiction of the United States District Court of the Eastern District of California over the two defendants and the other defenses set forth in Rule 12 (b) of the Federal Rules of Civil Procedure.

_____  
RICHARD C. CONWAY  
Kahn, Soares & Conway, LLP  
Attorneys for Plaintiffs, WESTSIDE PRODUCE and TURLOCK FRUIT

_____  
JAMES P. HURLBUTT  
McCormick Kabot Jenner & Hurlbutt  
Attorney for Defendants, PALLET RECOVERY LLC and PEACHTREE GROUP LLC, both appearing specially.

## ORDER UPON STIPULATION

Upon stipulation of the parties, as set forth above, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants, PALLET RECOVERY LLC and PEACHTREE GROUP LLC, shall each have an extension of time to and including August 17, 2002, to file and serve an answer or motion to the Plaintiffs' Complaint herein pursuant to Rule 12 of the Federal Rules of Civil Procedure.

2. This extension is given without prejudice to said defendants to assert any and all defenses to Plaintiffs' Complaint now available to them, including, without limitation, the defense of lack of personal jurisdiction of this Court over either defendant and any other defenses set forth in Rule 12 (b) of the Federal Rules of Civil Procedure.

3. This stipulation and order thereon does not constitute a waiver of the defense of lack of personal jurisdiction of this court over either defendant.

Dated: July 31, 2002         _____  
                             Judge

E:\LINDA\JPR\EXT-TIME.PLD

STIPULATION RE: EXTENSION OF TIME TO FILE MOTION OR RESPONSIVE PLEADING AND NON-WAIVER OF DEFENSES AND ORDER THEREON

2

United States District Court
for the
Eastern District of California
August 1, 2002

* * CERTIFICATE OF SERVICE * *

1:02-cv-05777

Westside Produce

v.

Pallet Recovery LLC

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 1, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Richard Crowley Conway
Kahn Soares and Conway
PO Box 1376
219 North Douty Street
Hanford, CA  93232

John Vernon Ohnstad Jr
Kahn Soares and Conway
PO Box 1376
219 North Douty Street
Hanford, CA  93232

James P. Hurlbutt
McCormick Kabot Jenner and Hurlbutt
1220 West Main Street
Visalia, CA  93221

OWW SMS

Jack L. Wagner, Clerk

BY: _____
    (Deputy Clerk)