```
 1  James P. Hurlbutt - #093988
    McCormick, Kabot, Jenner & Hurlbutt
 2  A Professional Corporation
    1220 West Main Street
 3  Visalia, California 93291
    Telephone: (559) 734-6729
 4  Facsimile: (559) 734-8762

 5  Attorneys for Defendants
```

FILED

2002 SEP 11 A 8:55

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
        DEPUTY

LODGED
SEP - 9 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
WESTSIDE PRODUCE, a California      )  Case No.  CIV F-02-5777 OWWW SMS
Corporation and TURLOCK FRUIT       )
CO., a California corporation,      )  STIPULATION
                                    )
           Plaintiffs,              )
                                    )
PALLET RECOVERY, LLC, a             )
foreign business entity, of         )
unknown origin, PEACHTREE           )        BY FAX
GROUP, LLC, a foreign business      )
entity of unknown origin.           )
                                    )
           Defendants.              )
_____)
```

    IT IS HEREBY STIPULATED by and between Plaintiffs, WESTSIDE
PRODUCE, a California corporation and TURLOCK FRUIT, CO., a California
corporation, and Defendants PALLET RECOVERY, LLC and PEACHTREE GROUP,
LLC, by and through their respective attorneys of record, that the
hearing on Defendants' Motion To Dismiss On Grounds Of Improper Venue
And Pallet Recovery's Motion To Dismiss Based On Lack Of Personal
Jurisdiction may be continued from September 16, 2002 at 10:00 a.m.,
to September ~~23~~ 30, 2002 at 10:00 a.m., in Courtroom No. 2 of the above-
///
///
///

1

STIPULATION

1  entitled court.
2       AGREED TO AND APPROVED AS TO FORM AND CONTENT.
3
4  DATED: September 6, 2002
5                                      KAHN, SOARES & CONWAY, LLP
6
7                                      By: _____
                                            JOHN V. OHNSTAD, JR.
8                                           Attorney for Plaintiffs
9  DATED: September 6, 2002
10                                     McCormick, Kabot, Jenner & Hurlbutt
11
12                                     By: _____
                                            JAMES P. HURLBUTT
13                                          Attorney for Defendants
14
15      IT IS SO ORDERED.
16  DATED: 9-10-02
17                                     _____
                                       JUDGE OF THE U.S. DISTRICT COURT
18
19
20
21
22
23
24
25
26
27  E:\JIM\PALLET\STIPULAT.WPD
28

                                      2
                                 STIPULATION

United States District Court
for the
Eastern District of California
September 12, 2002

* * CERTIFICATE OF SERVICE * *

1:02-cv-05777

Westside Produce

v.

Pallet Recovery LLC

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 12, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Richard Crowley Conway
Kahn Soares and Conway
PO Box 1376
219 North Douty Street
Hanford, CA  93232

John Vernon Ohnstad Jr
Kahn Soares and Conway
PO Box 1376
219 North Douty Street
Hanford, CA  93232

Nancy A Jenner
McCormick Kabot Jenner and Hurlbutt
1220 West Main Street
Visalia, CA  93291

OWW SMS

Jack L. Wagner, Clerk

BY: _____
   Deputy Clerk