1  Richard C. Conway, CA State Bar #81679
2  John V. Ohnstad, Jr., CA State Bar #196242
   Kahn, Soares & Conway, LLP
3  219 N. Douty Street
   Hanford, CA 93230
4  Telephone: (559) 584-3337
5  Facsimile: (559) 584-3348

6  Attorneys for Plaintiffs, WESTSIDE PRODUCE and TURLOCK FRUIT

7  ERIC LEE, Florida Bar No. 961299
8  LEE & AMTZIS, P.L.
   350 N.W. 12th Avenue, Suite 150
9  Deerfield Beach, Florida 33442
   Telephone: (561) 981-9988
10 Facsimile: (561) 981-9980

11 Attorney for Defendants PEACHTREE GROUP, LLC and PALLET RECOVERY, LLC

**LODGED**

FEB 2 5 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTSIDE PRODUCE, a California Corporation and TURLOCK FRUIT CO., a California Corporation.<br><br>   Plaintiffs,<br>vs.<br><br>PALLET RECOVERY LLC, a foreign business entity, of unknown origin, PEACHTREE GROUP LLC, a foreign business entity of unknown origin<br><br>   Defendants. | Case No. NO. CIV F-02-5777 0WW SMS<br><br>**STIPULATION RE: DISMISSAL OF COMPLAINT AND COUNTERCLAIM; [PROPOSED] ORDER THEREON**<br><br>[FRCP Rule 41(a)(1)(2) and (c)] |



1

WHEREAS, the parties have brought or could have brought their respective claims in the United States District Court for the Eastern District of California, assigned Case No. CIV-F-02-5777 OWW SMS.

WHEREAS, the claims of the parties arise out of pallet lease agreements that Plaintiffs, and related entities entered into with National Pallet Leasing Systems, L.C., whose rights and interests Defendants claim to have acquired.

WHEREAS, the parties have reached an agreement among them by which the claims asserted by and between them, arising out of the allegations set forth in the pleadings have been fully and finally settled;

NOW THEREFORE, the Parties hereby stipulate that the complaint may be dismissed in its entirety, with prejudice, under the terms and conditions set forth in the confidential Settlement Agreement and Mutual Release executed between the Plaintiffs and Defendants.

SO STIPULATED:

DATED: December 24, 2003         LEE & AMTZIS

                                 BY: _____
                                 EAMONN ASTEY Attorney for PALLET
                                 RECOVERY, LLC, and PEACHTREE
                                 GROUP, LLC

DATED: January 14, 2003          KAHN, SOARES & CONWAY, LLP

                                 BY: _____
                                 JOHN V. OHNSTAD, JR. attorney for
                                 WESTSIDE PRODUCE and
                                 TURLOCK FRUIT CO.

## ORDER

Having read and considered the above stipulation re dismissal, and good cause appearing therefore,

IT IS HEREBY ORDERED, that Plaintiffs' complaints be and hereby are dismissed in their entirety, with prejudice, subject to the terms and conditions set forth in a Confidential Agreement and Mutual Release executed between said Parties.

DATED: 3-1-04

_____
HON. OLIVER W. WANGER
Judge of the U.S. District Court

```
                United States District Court
                            for the
                  Eastern District of California
                         March 2, 2004
```

* * CERTIFICATE OF SERVICE * *

1:02-cv-05777

Westside Produce

   v.

Pallet Recovery LLC

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 2, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

Richard Crowley Conway
Kahn Soares and Conway
PO Box 1376
219 North Douty Street
Hanford, CA   93232

John Vernon Ohnstad Jr
Kahn Soares and Conway
PO Box 1376
219 North Douty Street
Hanford, CA   93232

Nancy A Jenner
McCormick Kabot Jenner and Hurlbutt
1220 West Main Street
Visalia, CA   93291

Eric Lee
PRO HAC VICE
Lee and Amtzis PL
5550 Glades Road
Suite 401
Boca Raton, FL   33431